IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 318-07280 |
| Fuller, Christopher Brooks | ) | CHAPTER 7 |
| | ) | JUDGE RANDAL S. MASHBURN |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon the application of David G. Rogers, trustee, for approval to employ Rodefer, Moss & Company PLLC, 3001 Armory Drive, Suite 225, Nashville, Tennessee 37204 to perform accounting services, notice of same having been given pursuant to Local Rule 9013 and no objections having been filed and it appearing that said accounting firm represents no interest adverse to the Debtor's estate,

**IT IS HEREBY ORDERED** that David G. Rogers, trustee is authorized to employ Rodefer, Moss & Company PLLC to perform accounting services in this matter. Such employment is effective as of the filing of the Trustee's Motion to Employ which was February 19, 2019.

**IT IS FURTHER ORDERED THAT** David G. Rogers, trustee, shall make application to the Court for approval of all fees.

ENTER this 14th day of March, 2019.

*THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED
AT THE TOP OF THE FIRST PAGE.*
    Randal S. Mashburn
    U.S. Bankruptcy Judge

Submitted for entry:
/s/ David G. Rogers
David G. Rogers, #011658
Attorney for Trustee
P.O. Box 1227
Franklin, TN 37065-1227
(615) 472-8570